**Order filed February 28, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00121-CV
_____

**AGBOLADE O. ODUTAYO, Appellant**

**V.**

**JASPER EMERGENCY MEDICINE ASSOCIATES, P.A. and
THE SCHUMACHER GROUP OF TEXAS, INC., Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-01829**

## O R D E R

This is an appeal from two orders granting summary judgment. The clerk's record was filed February 22, 2012. The record contains the interlocutory summary judgment granted in favor of Jasper Emergency Medicine Associates, P.A., signed August 1, 2011. Our review has determined that the clerk's record does not contain the order granting the motion for summary judgment filed by The Schumacher Group of Texas, Inc., which was reportedly signed on January 5, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 15, 2012**, containing the order granting the motion for summary

judgment filed by The Schumacher Group of Texas, Inc., signed on or about January 5, 2012.  *See* Tex. R. App. P. 34.5(c).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM